**Order entered March 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00776-CR

**DEAN THOMAS WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80411-2016**

## ORDER

The reporter's record was filed January 17, 2018.  Missing from the record is the State's Exhibit Number 1, listed as "Interview of Dean Wilson."  Although the court reporter noted it was "filed separately," the exhibit has not been filed with the Court.  We **ORDER** court reporter Robin Rodriguez to file, **WITHIN TEN DAYS** of the date of this order, a playable copy of the State's Exhibit Number 1, "Interview of Dean Wilson."

/s/    LANA MYERS
       JUSTICE